UNITED STATES DISTRICT COURT FOR
The District of Columbia

| | |
|---|---|
| Spencer Layton<br>1115 N. Pitt St., Unit 1C<br>Alexandria, VA  22314<br><br>    PLAINTIFF<br><br>Long Life Services, Inc.<br>4616 SW 74th Ave.<br>Miami, FL  33155<br><br>    DEFENDANT | )<br>)<br>)<br>)   Civil Case No.: 1:05CV02340 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Local Rules 7 and 16.1 of this Court, Defendant Long Life Services, Inc. ("Defendant"), by and through undersigned counsel, hereby files this Motion for Enlargement of Time to Respond to Complaint in this case.  In support of this motion, Defendant states the following:

1. Upon information and belief, a response to the Complaint would be due on or after February 21, 2006.  The District of Columbia Department of Consumer and Regulatory Affairs did not, in fact, serve the Complaint upon the Defendant on January 13, 2006.

2. This Motion is being filed on or before the aforementioned deadline.  Accordingly, the Motion meets the requirements of Rule 6(b)(1) of the Federal Rules of Civil Procedure.

3. Counsel for the Plaintiff consented via telephone call on February 17, 2006 to the requested enlargement of time.

4. Defendant is an out-of-state company that did not have any counsel in the Washington, D.C. area before the filing of this case and, therefore, required time to locate and retain undersigned counsel.

5. Undersigned counsel was retained on February 17, 2006 and, therefore, has not had an adequate opportunity to prepare a responsive pleading or preliminary motions.

6.  Defendant seeks an enlargement until March 10, 2006. This modest continuance is necessary to investigate the numerous claims alleged in the Complaint.

For the foregoing reasons, Defendant respectfully requests an enlargement of time until March 10, 2006 to respond to the Complaint in this action. A proposed order is attached.

Respectfully submitted,

FINKELSTEIN & HORVITZ, P.C.

By: _____/s/_____
Laurie B. Horvitz, Esq. (#384702)
Nathan I. Finkelstein, Esq. (#173682)
Robert J. Goldman, Esq. (#481642)
7315 Wisconsin Ave., Suite 400 East
Bethesda, Maryland 20814
(301) 951-8400
(301) 951-8401 (facsimile)

Attorneys for Defendant Long Life Services, Inc.

CERTIFICATE OF SERVICE

I, Laurie B. Horvitz, hereby certify that a copy of the foregoing Motion and proposed order were served via the Clerk of the Court pursuant to the e-filing requirements of this Court to the following:

Jeffrey Light, Esq.
Patients not Patents, Inc.
1712 Eye St., NW, Sutie 915
Washington, D.C. 20006

_____/s/_____
Laurie B. Horvitz, Esq.

2