UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SPENCER LAYTON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**LONG LIFE SERVICES, INC.,** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2334 (RCL) |

### ORDER

Upon consideration of Defendant's Consent Motion [2] for Enlargement of time to Respond to Complaint and the record herein, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the time for Defendant to respond to the Complaint in this action is hereby enlarged until March 10, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, February 23, 2006.