UNITED STATES DISTRICT COURT FOR
The District of Columbia

| | |
|---|---|
| Spencer Layton ) | |
| ) | |
| PLAINTIFF ) | Civil Case No.: 1:05CV02340 (RCL) |
| ) | |
| ) | |
| Long Life Services, Inc. ) | |
| ) | |
| DEFENDANT ) | |

**CONSENT MOTION FOR SECOND ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Local Rules 7 and 16.1 of this Court, Defendant Long Life Services, Inc. ("Defendant"), by and through undersigned counsel, hereby files this Motion for Second Enlargement of Time to Respond to Complaint in this case. In support of this motion, Defendant states the following:

1. Pursuant to a prior consent motion, the Court extended Defendant's deadline for filing a response to the Complaint in this action until March 10, 2006.

2. The instant motion is being filed on or before the aforementioned deadline. Accordingly, the Motion meets the requirements of Rule 6(b)(1) of the Federal Rules of Civil Procedure.

3. Counsel for the Plaintiff consented via telephone call on March 10, 2006 to the enlargement requested herein.

4. The attorneys for Plaintiff and Defendant have been conferring regularly regarding the matters alleged in the Complaint. They are endeavoring to narrow the issues in this litigation significantly and may be able to resolve the proceeding in its entirety by means of a voluntary dismissal.

5. Accordingly, Defendant seeks a further extension to provide the parties with an adequate opportunity to accomplish such objectives.

6. Under these circumstances, it would be wasteful and inefficient for (a) Defendant to prepare a motion to dismiss, (b) Plaintiff to

respond thereto, and (c) this Court to consider the merits of such a filing.

7. With Plaintiff's consent, Defendant seeks an enlargement until March 31, 2006. Such a continuance is modest in duration and necessary to facilitate the parties' current efforts to narrow the case or, perhaps, eliminate the proceeding altogether.

For the foregoing reasons, Defendant respectfully requests an enlargement of time until March 31, 2006 to respond to the Complaint in this action. A proposed order is attached.

Respectfully submitted,

FINKELSTEIN & HORVITZ, P.C.

By: _____/s/_____
Laurie B. Horvitz, Esq. (#384702)
Nathan I. Finkelstein, Esq. (#173682)
Robert J. Goldman, Esq. (#481642)
7315 Wisconsin Ave., Suite 400 East
Bethesda, Maryland 20814
(301) 951-8400
(301) 951-8401 (facsimile)

Attorneys for Defendant Long Life Services, Inc.

CERTIFICATE OF SERVICE

I, Laurie B. Horvitz, hereby certify that a copy of the foregoing Motion and proposed order were served via the Clerk of the Court pursuant to the e-filing requirements of this Court to the following:

Jeffrey Light, Esq.
Patients not Patents, Inc.
1712 Eye St., NW, Sutie 915
Washington, D.C. 20006

_____/s/_____
Laurie B. Horvitz, Esq.