UNITED STATES DISTRICT COURT FOR
The District of Columbia

| | |
|---|---|
| Spencer Layton ) | |
| ) | |
| PLAINTIFF ) | Civil Case No.: 1:05CV02340 (RCL) |
| ) | |
| ) | |
| Long Life Services, Inc. ) | |
| ) | |
| DEFENDANT ) | |

**ORDER GRANTING CONSENT MOTION FOR SECOND ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Upon consideration of Defendant's Consent Motion for Second Enlargement of time to Respond to Complaint and the record herein, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the time for Defendant to respond to the Complaint in this action is hereby enlarged until March 31, 2006.

_____
Judge Royce C. Lamberth
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

Jeffrey Light, Esq.
Patients not Patents, Inc.
1712 Eye St., NW, Sutie 915
Washington, D.C.  20006

Laurie B. Horvitz, Esq. (#384702)
Nathan I. Finkelstein, Esq. (#173682)
Robert J. Goldman, Esq. (#481642)
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Ave., Suite 400 East
Bethesda, Maryland 20814