**EXHIBIT A**

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Spencer Layton,<br>1115 N. Pitt St., Unit 1C<br>Alexandria, VA 22314<br><br>    PLAINTIFF<br>  vs.<br>Long Life Services, Inc.<br>4616 SW 74th Ave.<br>Miami, FL 33155<br><br>    DEFENDANT | ) ) ) ) Civil Action No. 1:05-cv-02340 (RCL)<br>) ) ) ) ) ) ) ) ) ) ) |

STIPULATION AND ORDER OF DISMISSAL

The parties to the above-captioned case, by their attorneys and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that all claims of Spencer Layton against Long Life Services, Inc. are hereby dismissed WITH PREJUDICE.

Each party to bear its own costs and attorney fees.

_____
Laurie B. Horvitz
Finkelstein & Horvitz, P.C.
7315 Wisconsin Ave.,
Suite 400 East
Bethesda, Maryland 20814
(301) 951-8400

Attorney for Defendant
Long Life Services, Inc.

_____
Jeffrey L. Light
Patients not Patents, Inc.
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213

Attorney for Plaintiff,
Spencer Layton


SO ORDERED this ___ day of
_____ 2006

_____
Royce C. Lamberth
United States District Court
Judge