UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SPENCER LAYTON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**LONG LIFE SERVICES, INC.,** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2334 (RCL) |

## ORDER

Upon consideration of the parties' Stipulation and Dismissal [6], and the entire record herein, it is hereby

ORDERED that the parties' Stipulation and Dismissal is GRANTED and will be entered as the final judgment of the Court in this case.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, April 3, 2006.